■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL GREEN, Appellant. [708 NYS2d 304] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Leach, J.), rendered July 31, 1996, convicting him of

criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his argument concerning the prosecutor's cross-examination of one of his witnesses by failing to make timely, specifically tailored objections during trial (*see, People v Hernandez,* 260 AD2d 399, 400). In any event, the record supports the trial court's determination that the prosecutor "adequately demonstrated his good faith and possessed a sufficient basis for asking the challenged question[s]" (*People v Kass,* 25 NY2d 123, 126; *People v Sealy,* 167 AD2d 362, 363). Moreover, the trial court instructed the jury that questions alone are not in evidence. Bracken, J. P., O'Brien, Krausman and Goldstein, JJ., concur.